UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ALEXANDER ROSADO,**

    **Plaintiff,**

v.                      CASE NO: 3:23-cv-00774-BJD-MCR

**TY COMM SOUTHEAST, LLC,**
**EDGAR G. JUSINO, and individual,**
**and SARAH J. GRIMSLEY, an individual,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Plaintiff, Alexander Rosado, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, Ty Comm Southeast, LLC, Edgar G. Jusino, and individual, and Sarah J. Grimsley, an individual, has been settled.

Dated this 6th day of October, 2023.

                               Respectfully submitted,

                               */s/ Ashwin R. Trehan*
                               Ashwin R. Trehan
                               Florida Bar No. 42675
                               **Wenzel Fenton Cabassa P.A.**
                               1110 N. Florida Avenue
                               Suite 300

        Tampa, Florida 33602
        Main No.: 813-224-0431
        Direct No.: 813-774-3391
        Facsimile No.: 813-229-8712
        Email: atrehan@wfclaw.com
        Email: aketelsen@wfclaw.com
        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of October, 2023, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Ashwin R. Trehan
        **ASHWIN R. TREHAN**