UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALEXANDER ROSADO,

        Plaintiff,

v.   Case No.: 3:23-cv-774-WWB-MCR

TY COMM SOUTHEAST, LLC, EDGAR G. JUSINO and SARAH J. GRIMSLEY,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon periodic review. On August 2, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to comply with Court orders and lack of prosecution. (Doc. 41 at 1). The deadline to respond to the Order to Show Cause has passed, and no response has been filed. Plaintiff was cautioned that failure to comply with Court Orders could "result in the dismissal of this action without further notice." (*Id.*).

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to respond to the Court's August 2, 2024 Order, failure to comply with Court orders, and failure to prosecute. *See Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket); M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay."). The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida on August 26, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party